UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
QUANG ZHENG,                                          JUDGMENT
                                                      00-CV- 7503 (JBW)
                        Petitioner,

   -against-

CHARLES GREINER, SUPERINTENDENT,

                        Respondent.
---------------------------------------------------------------X

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on November 5, 2004, dismissing the petition for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed; and that a Certificate of Appealability is denied.


Dated: Brooklyn, New York
       October 14, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court